**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
CASE NO.: 20-80023-CIV-DIMITROULEAS**

JEREMIAH PITTS and JOSEPH LENZ, on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

S & J CRAZY LIZARDS ENTERTAINMENT, LLC, d/b/a Monroe's of Palm Beach, a Florida limited liability company,

    Defendant.

_____/

COLLECTIVE ACTION

**JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiffs, JEREMIAH PITTS and JOSEPH LENZ and Defendant, S & J CRAZY LIZARDS ENTERTAINMENT, LLC (collectively, "the Parties"), pursuant to this Court's Order [D.E. #4] submit the following Joint Scheduling Report and Proposed Scheduling Order.

**I.  SCHEDULING CONFERENCE REPORT**

    **A.  Likelihood of settlement:**

At this current time, the Parties are unable to confirm the likelihood of settlement regarding this matter. However, the Parties will discuss settlement possibilities throughout the case.

    **B.  Likelihood of appearance in the action of additional parties:**

No additional parties are expected in this action. However, Plaintiffs may seek to certify a class or collective action.

    **C.  Proposed limits on time:** The Parties believe that this case should be assigned to

the Standard Track.

| | |
|---|---|
| April 15, 2020 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| June 12, 2020 | The Parties shall file motions to amend pleadings or join Parties. |
| August 3, 2020 | Plaintiffs shall file their motion for class or collective action certification. |
| September 1, 2020 | Plaintiffs shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| October 1, 2020 | Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| November 2, 2020 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 1, 2020 | The Parties shall complete all discovery, including expert discovery. |
| January 15, 2021 | The Parties shall complete mediation and file a mediation report with |

the Court.

| | |
|---|---|
| February 1, 2021 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| May 3, 2021 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| May 14, 2021 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| May 14, 2021 | The Parties shall submit their deposition designations. |

**(D) Proposals for the formulation and simplification of issues.**

The Parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate claims or defenses found through discovery to be lacking in merit, to obtain admissions of fact and of documents which will avoid unnecessary proof at trial, and to avoid unnecessary discovery.

**(E) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding**

**authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

The Parties will seek to stipulate prior to the close of discovery to any facts or the authentication of documents that may simplify the case for trial.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The Parties will seek to stipulate prior to the close of discovery to any facts or the authentication of documents that may simplify the case for trial.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

The Parties do not consent to jurisdiction of the Magistrate Judge except for discovery related motions.

**(I) A preliminary estimate of the time required for trial.**

The Parties estimate that the trial will take four (4) days.

**(J) Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

The Parties propose that the final pretrial conference take place on or about two weeks prior to trial and propose that trial take place during the two-week calendar period that begins on or about June 1, 2021.

Respectfully submitted, jointly, this 5th day of March, 2020

| | |
|---|---|
| /s/ Sundeep K. Mullick | /s/ Antoinette Theodossakos |
| Sundeep K. Mullick, Esq. | Antoinette Theodossakos, Esq. |
| Florida Bar No. 18175 | Florida Bar No. 178608 |
| Law Office of Lowell J. Kuvin, LLC | Saul Ewing Arnstein & Lehr, LLP |
| 17 East Flagler Street, Suite 223 | Northbridge Centre, Suite 1400 |
| Miami, FL 33131 | 515 North Flagler Drive |
| Tel: (305) 358-6800 | West Palm Beach, FL 33401 |
| sunny@kuvinlaw.com | (561) 833-9800 |
| legal@kuvinlaw.com | Antoinette.Theodossakos@saul.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2020, I electronically filed the foregoing document with the Court's CM/ECF system which will automatically send a copy of the foregoing to all registered users in this case.

/s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.
