UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
CASE NO.: 20-80023-CIV-DIMITROULEAS

JEREMIAH PITTS and JOSEPH LENZ, on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

S & J CRAZY LIZARDS ENTERTAINMENT, LLC, d/b/a Monroe's of Palm Beach, a Florida limited liability company,

    Defendant.
_____/

COLLECTIVE ACTION COMPLAINT

## [PROPOSED] SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June \_\_\_\_, 2021** at **9:00 a.m.** A Pretrial Conference in this matter shall be held on **May \_\_\_, 2021**.

| | |
|---|---|
| **April 15, 2020** | The Parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26. |
| **June 12, 2020** | The Parties shall file motions to amend pleadings or join Parties. |
| **August 3, 2020** | Plaintiffs shall file their motion for class or collective action certification. |
| **September 1, 2020** | Plaintiff shall provide Defendant with an expert witness list, accompanied by the summaries and reports. |

1

| | |
|---|---|
| **October 1, 2020** | Defendant shall provide Plaintiff with an expert witness list accompanied by the summaries and reports. |
| **November 2, 2020** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **December 1, 2020** | All discovery, including expert discovery shall, be completed. |
| **January 15, 2021** | The Parties shall complete mediation and file a mediation report with the Court. |
| **February 1, 2021** | The Parties shall file all dispositive pre-trial motions and *Daubert* motions (which include motions to strike or exclude experts). |
| **May 3, 2021** | The Parties shall each file one motion *in limine*. |
| **May 14, 2021** | The Parties shall submit joint pre-trial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |
| **May 14, 2021** | The Parties shall submit their deposition designations. |
| **May 17, 2021** | The pretrial conference shall be held. |
| **June 1, 2021** | Beginning of Trial Period |

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2020.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE